No. 98–9666. GREEN, AKA U'ALLAH v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 98–9667. GONZALEZ-LOZOYA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–9668. GOODWIN v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 98–9669. ROBINSON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 98–9670. SWEDZINSKI v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 98–9671. SOLTERO v. INGLE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–9672. SMITH v. PRESS. C. A. 4th Cir. Certiorari denied.

No. 98–9673. STEWART v. ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 98–9675. HOSKINS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–9677. HUGHES v. NORTH DAKOTA. Sup. Ct. N. D. Certiorari denied.

No. 98–9678. FISHER v. A. D. T. SECURITY SYSTEM. C. A. 3d Cir. Certiorari denied.

No. 98–9679. FILIPPI v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–9680. COOK v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–9681. BARRETT v. ACEVEDO. C. A. 8th Cir. Certiorari denied.

No. 98–9682. THOMAS v. CALDERA, SECRETARY OF THE ARMY. C. A. D. C. Cir. Certiorari denied.